JLF 207
(Rev. 07/03/03)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662–369–2596

---

In Re: Triangle Maintenance Service, LLC
    Debtor(s)

Case No.: 11–15142–JDW
Chapter: 11

Triangle Maintenance Service, LLC
Plaintiff(s)
  vs.
Liberty Mutual Insurance Company
Defendant(s)

Adversary Proceeding No.: 12–01020–JDW

---

**ORDER SCHEDULING PRETRIAL CONFERENCE**

IT IS ORDERED that a pretrial conference shall be held at

> Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 8/7/13 at 11:00 AM

to consider and act upon the following:

> *1* – Adversary case 12–01020. 14 (Recovery of money/property – other): Complaint by Triangle Maintenance Service, LLC against Liberty Mutual Insurance Company . Receipt No. 174419 Amount Paid $293 . (Attachments: # (1) Exhibits A,B# (2) Exhibit C,Pt.1# (3) Exhibit C,Pt.2) Entered on Docket by: (JLM) Modified on 12/10/2012 to reflect the correct file date. (Howell, Cheryl).

Dated and Entered: 6/21/13

                                        Jason D. Woodard
                                        Judge, U.S. Bankruptcy Court