```
                                                              CLF 163
                                                              05/30/06
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Triangle Maintenance Service, LLC

CASE NO. 11-15142-NPO

DEBTOR(S)

Triangle Maintenance Service, LLC                PLAINTIFF

vs                                    ADVERSARY PROC. NO.  12-1020-NPO

Liberty Mutual Insurance Company and
Panola Construction Company, Inc.

### NOTICE OF CANCELLATION OF PRE-TRIAL CONFERENCE

NOTICE IS HEREBY GIVEN that the pre-trial conference in the above styled and numbered adversary proceeding which was scheduled on the 21st day of November, 2013, at 10:00 o'clock a.m., in the Federal Building, Aberdeen, Mississippi, has been canceled.

FOR THE COURT

DAVID J. PUDDISTER, CLERK

By:  AOH
     Deputy Clerk
     703 Hwy. 145 North
     Aberdeen, MS 39730
     Telephone: (662) 369-2596

DATE OF ISSUANCE: September 18, 2013